# WHITEHEAD & PORTER LLP
220 montgomery street, suite 1850     san francisco, ca 94104-3402

TELEPHONE: (415) 781-6070
FACSIMILE: (415) 788-6521
EMAIL: wpg@wpglaw.com

October 30, 2008

E-filed
Hon. Chief Magistrate Judge James Larson
United States District Court, Northern District of California
450 Golden Gate Avenue, Courtroom F
San Francisco, CA 94102

      Re:   *Raquel Rodriquez v. Eden Villa*; Case Number C-08-03982 JL
            Motion to Stay Action and Compel Arbitration (Dec. 3, 2008)
            Case Management Conference (Nov. 26, 2008)

Dear Judge Larson:

    As counsel for defendant Michael Sim, dba Eden Villa-San Francisco, I am writing to request that the Case Management Conference (and all related dates) be continued until after the Court rules on defendant's motion to compel arbitration. I scheduled the motion for October 29th in advance of all case management activities, but the hearing date was continued to December 3rd for an evidentiary hearing at the request of plaintiff's counsel.

    Not only will the case management activities become moot if the motion is granted, but defendant will have been denied the benefit of the arbitration contract if he is compelled to expend fees in civil litigation before his right to arbitrate is determined.

    I asked plaintiff's counsel Patrick Kitchin to join in this request, but I have not heard back from him as of this time.

Very truly yours,
____/s/_____
Stephen L. Porter
Attorney for Defendant

/slp
cc: Patrick Kitchen

The Case Management Conference is hereby continued January 28, 2009 at 10:30 a.m.
IT IS SO ORDERED.

IT IS SO ORDERED
/s/ Judge James Larson