1 | Patrick R. Kitchin, Esq. (State Bar No. 162965)
**THE LAW OFFICE OF PATRICK R. KITCHIN**
2 | 565 Commercial Street, 4th Floor
San Francisco, CA 94111
3 | Telephone: (415) 677-9058
Facsimile: (415) 627-9076
4 | Counsel to Plaintiff Raquel Rodriguez

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL RODRIGUEZ, an individual, | Case No.: C-08-3982-JL |
| Plaintiff, | **STIPULATION AND** ~~(PROPOSED)~~ **ORDER RE-SETTING CASE MANAGEMENT CONFERENCE FROM APRIL 15, 2009 TO MAY 6, 2009** |
| vs. | |
| MICHAEL SIM, doing business as Eden Villa-San Francisco and DOES 1-25, inclusive, | |
| Defendants. | |
| | Complaint Filed: August 20, 2008 |

Plaintiff Raquel Rodriguez, by and through her counsel of record, Patrick R. Kitchin, Esq., of The Law Office Of Patrick R. Kitchin, and Defendant Michael Sim, by and thorough his counsel of record, Stephen L. Porter, Esq., of Whitehead & Porter LLP, hereby stipulate that with the Court's permission,

///
///
///
///
///
///
///

1  The Case Management Conference currently set for April 15, 2009, at 10:30 a.m., is
2  continued to May 6, 2009, at 10:30 a.m. to accommodate Plaintiff's counsel's previously
3  scheduled appearance before the Honorable Judge Susanne Ramos Balanos in Department
4  602 of the San Francisco Superior Court on April 15, 2009, at 10:00 a.m.

6  IT IS SO STIPULATED.

8  Date: 3|4|C9

Patrick R. Kitchin, Esq.
Counsel to Plaintiff

11 Date: 3/3/09

Stephen Porter, Esq.
Counsel to Defendants

15 PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO
16 ORDERED.

17 Date: March 5, 2009

Chief Magistrate Judge James Larson

2

STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE
Rodriguez v. Eden Villa