1  Patrick R. Kitchin, Esq. (State Bar No. 162965)
   **THE LAW OFFICE OF PATRICK R. KITCHIN**
2  565 Commercial Street, 4th Floor
   San Francisco, CA 94111
3  Telephone: (415) 677-9058
   Facsimile: (415) 627-9076
4  Counsel to Plaintiff Raquel Rodriguez

*IT IS SO ORDERED*
*/s/ James Larson*
*Judge James Larson*

5  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL RODRIGUEZ, an individual, | Case No.: C-08-03982-JL |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| MICHAEL SIM, doing business as EDEN VILA, and DOES 1-25, inclusive, | Complaint Filed: Aug. 20, 2008 |
| Defendants. | |

**To All Parties and the Honorable United States District Court:**

Plaintiff Raquel Rodriguez and Defendant Michael Sim have entered into a settlement of all claims asserted in the above-entitled action.

Based on that settlement, Plaintiff Raquel Rodriguez hereby requests that the Court enter an order dismissing her complaint and all causes of action therein, with prejudice, at this time.

DATED: April 5, 2010                THE LAW OFFICE OF PATRICK R. KITCHIN

                                    */s/ Patrick R Kitchin*
                                    By: _____
                                       Patrick R. Kitchin, Esq.
                                       Attorneys Plaintiff Raquel Rodriguez

1

*Rodriguez v. Michael Sim*